No. 892. THE BISIGHT COMPANY ET AL. *v.* ONEPIECE BIFOCAL LENS COMPANY. March 17, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Cyrus N. Anderson* for petitioners. *Mr. Edward Rector* and *Mr. V. H. Lockwood* for respondent.

No. 896. AMEY HANEY ET AL. *v.* ALBERT ANDERSON ET AL. March 17, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. Malcolm E. Rosser* for petitioners. No appearance for respondents.

No. 903. FREDERICK H. CLARKE ET AL. *v.* UNITED STATES. March 17, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. George Haldorn* for petitioner. No brief filed for the United States.

No. 904. OLIVER R. GILLESPIE ET AL. *v.* E. D. SCOTT, TRUSTEE, ETC. March 17, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Kansas denied. *Mr. Frans E. Lindquist* for petitioners. No appearance for respondent.

No. 860. FIDELITY TITLE & TRUST COMPANY, ANCILLARY ADMINISTRATOR, ETC., *v.* DUBOIS ELECTRIC COMPANY. March 24, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied, with reservation of and without prejudice to the